ARNOLD & PORTER. LLP
GILBERT R. SEROTA (No. 75305)
gilbert.serota@aporter.com
SIMONA A. AGNOLUCCI (No. 246943)
simona.agnolucci@aporter.com
DEBORAH SCHLOSBERG (No. 254621)
deborah.schlosberg@aporter.com
3 Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.434.1600
Facsimile: +1 415.677.6262

LOWELL HAKY (No. 178526)
Vice President and Associate General Counsel
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone: 415.667.0622
Facsimile: 415.667.1638

Attorneys for Plaintiff
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHARLES SCHWAB & CO., INC.,

Plaintiff,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

Defendant.

Case No. C 12-00518 EDL

**DECLARATION OF GILBERT R. SEROTA IN SUPPORT OF CHARLES SCHWAB & CO., INC.'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Date: April 10, 2012
Time: 10:00 a.m.
Judge: Hon. Elizabeth D. Laporte
Courtroom: E

Trial Date: None Set

I, Gilbert R. Serota, declare as follows:

1. I am an attorney admitted to practice before the Bar of the State of California and the United States District Court for the Northern District of California. I am a Partner at the law firm of Arnold & Porter LLP, counsel to Plaintiff Charles Schwab & Co. Inc. (hereinafter, "Schwab"), in the above-captioned action. I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of SEC Release No. 34-26805 (54 Fed. Reg. 21,144) (May 16, 1989) titled "Self-Regulatory Organizations; Order Approving Proposed Rule Changes by the New York Stock Exchange, Inc., National Association of Securities Dealers, Inc., and the American Stock Exchange, Inc. Relating to the Arbitration Process and the Use of Predispute Arbitration Clauses."

3. Attached hereto as Exhibit B is a true and correct copy of SEC Release No. 34-42160 (64 Fed. Reg. 66,681) (November 29, 1999) titled "Self-Regulatory Organizations; Notice of Filing of Proposed Rule Change by the National Association of Securities Dealers, Inc. Relating to Amendments to NASD Rule 3110(f) Governing Use of Predispute Arbitration Agreements With Customers."

4. Attached hereto as Exhibit C is a true and correct copy of SEC Release No. 34-50713 (69 Fed. Reg. 70,293) (December 3, 2004) titled "Self-Regulatory Organizations; Order Granting Approval to Proposed Rule Change as Amended and Notice of Filing and Order Granting Accelerated Approval to Amendment No. 5 by the National Association of Securities Dealers, Inc., regarding NASD Rule 3110(f) Governing Predispute Arbitration Agreements With Customers."

5. Attached hereto as Exhibit D is a true and correct copy of the January 2005 NASD Notice to Members 05-09 titled "NASD Amends Rule Governing Predispute Arbitration Agreements with Customers."

6. Attached hereto as Exhibit E is a true and correct copy of SEC Release No. 34-63181 (75 Fed. Reg. 67,155) (November 1, 2010) titled "Self-Regulatory Organizations; Financial Industry Regulatory Authority, Inc.; Notice of Filing of Proposed Rule Change To Adopt FINRA Rules Regarding Books and Records in the Consolidated FINRA Rulebook."

7. Attached hereto as Exhibit F is a true and correct copy of SEC Release No. 34-63784 (76 Fed. Reg. 5850) (February 2, 2011) titled "Self-Regulatory Organizations; Financial Industry Regulatory Authority, Inc.; Order Approving a Proposed Rule Change Adopting FINRA Rules Regarding Books and Records in the Consolidated FINRA Rulebook."

8. Attached hereto as Exhibit G is a true and correct copy of SEC Release No. 34-48444 (68 Fed. Reg. 53,762) (September 12, 2003) titled "Self-Regulatory Organizations; Notice of Filing of Amendment Nos. 3 and 4 to a Proposed Rule Change by the National Association of Securities Dealers, Inc. Relating to NASD Rule 3110(f) Governing Use of Predispute Arbitration Agreements With Customers."

9. Attached hereto as Exhibit H is a true and correct copy of SEC Release No. 34-51526 (70 Fed. Reg. 20,407) (April 19, 2005) titled "Self-Regulatory Organizations; Notice of Filing and Order Granting Accelerated Approval of Proposed Rule Change by the National Association of Securities Dealers, Inc. Relating to the Delivery of Customer Agreements Containing Predispute Arbitration Clauses."

10. Attached hereto as Exhibit I is a true and Correct copy of the May 2008 NASD Regulatory Notice 08-25 titled "Proposed Consolidated FINRA Rules Governing Books and Records Requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2012, in San Francisco, California.

/s/ Gilbert R. Serota
Gilbert R. Serota