UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  Date: April 3, 2012
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-12-00518 EDL

**Title:**   CHARLES SCHWAB & CO INC v. FINANCIAL INDUSTRY REGULATORY AUTHORITY INC

**Attorneys:**   PLTF: Julian Waldo, Gilbert Serota, Lowell Haky
DEF: Ethan Dettmer, Joshua Lipshutz

**Deputy Clerk:**   Kristen Seib

**Court Reporter:**   Connie Kuhl   **Tape No.** 10:20- 11:20
(Time: 1 hour   )

| PROCEEDINGS: | RULINGS: |
|---|---|
| Motion to Dismiss | Submitted |
| Motion to Stay Consideration of Plaintiff's Motion for Preliminary Injunction | Submitted |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ X]  Court

**Case Continued to:**

Notes: